FIDELITY BUILDING AND LOAN ASSOCIATION OF LINDEN, NEW JERSEY, complainant-respondent,

*v.*

ELIZABETH AVENUE HOLDING COMPANY, defendant-respondent; F. R. CRUIKSHANK & COMPANY, defendant-appellant, and JOSEPH HILTON & SONS, INCORPORATED, et al., defendants.

[Argued May 21st, 1935.  Decided October 9th, 1935.]

*Mr. Charles J. Stamler,* for the complainant-respondent.

*Mr. Robert Strange (Mr. Roger Hinds,* of counsel), for the defendant-appellant.

PER CURIAM.

Our examination of the proofs leads us to the conclusion that the facts developed bring the case within the principal established by this court in cases of similar character, notably, *Russ Distributing Corp.* v. *Lichtman, 111 N. J. Law 21; Domestic Electric Co.* v. *Mezzaluna, 109 N. J. Law 574,* and *Lumpkin* v. *Holland Furnace Co., 118 N. J. Eq. 313.*

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ.  13.

*For reversal*—None.